IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13-CR-43 |
| vs. | ORDER |
| YVETTE GISELLA AVIL-MARTINEZ, | |
| Defendant. | |

IT IS ORDERED

1. The government's Motion to Dismiss (filing 850) is granted.

2. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment as to defendant Yvette Gisella Avila-Martinez.

3. The indictment is dismissed without prejudice as to defendant Yvette Gisella Avila-Martinez.

4. This case is closed.

Dated this 17th day of October, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge